[This decision has been published in *Ohio Official Reports* at 95 Ohio St.3d 326.]

THE STATE EX REL. JOHNS MANVILLE INTERNATIONAL, INC., APPELLANT, *v.*
SCHINDLER ET AL., APPELLEES.

[Cite as *State ex rel. Johns Manville Internatl., Inc. v. Schindler*,
**2002-Ohio-2223.**]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2001-1400—Submitted April 9, 2002—Decided May 22, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-826.

————————————

{¶1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

Bugbee & Conkle, Robert L. Solt III and Richard L. Johnson, for appellant.

Gallon & Takacs Co., L.P.A., Theodore A. Bowman and Martha Wilson-Burres, for appellee John A. Schindler.

Betty D. Montgomery, Attorney General, and Jacob Dobres, Assistant Attorney General, for appellee Industrial Commission of Ohio.

————————————